# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| BL RESTAURANTS HOLDING, LLC, *et al.*,[1] | ) Case No. 20- 10156 (MFW) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON MONDAY, FEBRUARY 3, 2020 AT 11:30 A.M. (PREVAILING EASTERN TIME)[2]

MATTERS GOING FORWARD ON SHORTEN NOTICE:

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain Purchase Card Program in the Ordinary Course of Business and (II) Granting Related Relief [Docket No. 77; Filed 1/31/2020]

    Related Documents:

    A. Debtors' Motion to Shorten Notice and Request for Telephonic Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain Purchase Card Program in the Ordinary Course of Business and (II) Granting Related Relief [Docket No. 78; Filed 1/31/2020]

    B. Order Shortening Notice and Scheduling a Telephonic Hearing with Respect to the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain Purchase Card Program in the Ordinary Course of Business and (II) Granting Related Relief [Docket No. 79; Filed 1/31/2020]

    Response Deadline:   February 3, 2020 at 11:30 a.m.

    Responses Received:  None to date.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: BL Restaurants Holding, LLC (6665); BL Restaurant Operations, LLC (7062); BL Restaurant Franchises, LLC (6923); and BL Hunt Valley, LLC (9513). The Debtors' headquarters and mailing address is: 4550 Beltway Drive, Addison, TX 75001.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (888-882-6878) or by facsimile (866-533-2946).

PHIL1 8642624v.1

Status:     This matter is going forward.

Dated: January 31, 2020  /s/ Michael W. Yurkewicz
Wilmington, Delaware  Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Sally E. Veghte (DE Bar No. 4762)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189
Facsimile:    (302) 426-9193
Email:  dpacitti@klehr.com
        myurkewicz@klehr.com
        sveghte@klehr.com

*Proposed Counsel to the Debtors*