**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| BL Restaurants Holding, LLC | : | Case No. 20-10156 (MFW) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.     **A&Z Novi LLC.**, Attn: Anthony Marougi, 6630 Oak Hills Drive, Bloomfield Hills, MI 48301, Phone: 248-217-1307

2.     **Edward Don & Company** Attn: John Fahey, 9801 Adam Don Pkwy, Woodridge, IL 60517, Phone: 708-883-8362, Fax: 866-299-3038

3.     **NCR Corporation,** Attn: Mark Rogers, 864 Spring Street, Atlanta, GA 30308, Phone: 470-415-8614, Fax: 404-487-4989

4.     **Brookfield Property REIT, Inc.**, Attn: Julie Minnick Bowden, 350 N. Orleans St., Suite 300, Chicago, IL 60654-1607, Phone: 312-960-2707, Fax: 312-442-6374

5.     **Bradley Alverson,** Attn: c/o Joseph Fitapelli @ Fitapelli & Schaffer, LLP, 28 Liberty Street, Fl. 30, suite 3080, New York, NY 10005, Phone: 212-300-0375; Fax: 212-481-1333

                                        ANDREW R. VARA
                                        United States Trustee, Region 3

                                        /s/ *David L. Buchbinder* for
                                        T. PATRICK TINKER
                                        ASSISTANT UNITED STATES TRUSTEE

DATED: February 5, 2020

Attorney assigned to this Case: David L. Buchbinder, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Domenic Pacitti, Esq., Phone: 302-525-5511, Fax: 302-426-9193