IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BL RESTAURANTS HOLDING, LLC, *et al.*,[1] | ) ) ) | Case No. 20-10156 (MFW) |
| Debtors. | ) ) ) ) | (Jointly Administered) Related to Docket Nos. 16, 227, and 331 |

**NOTICE OF FURTHER CONTINUED TELEPHONIC SALE HEAIRNG AND CERTAIN REMAINING RELATED DATES**

    PLEASE TAKE NOTICE that on January 27, 2020, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Debtors' Motion for an Order (A) Approving Asset Purchase Agreement and Authorizing Sale of Debtors' Assets, Free and Clear of All Liens, Claims, Interests, and Encumbrances; (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* [Docket No. 16] (the "Sale Motion")[2] seeking approval of, among other things, the sale (the "Sale") of all or substantially all of the Debtors' assets (the "Assets") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

    PLEASE TAKE FURTHER NOTICE that on January 27, 2020, the Debtors filed the *Debtors' Motion for Entry of an Order (A) Approving Procedures in Connection with Sale of Debtors' Assets; (B) Approving Break-Up Fee and Expense Reimbursement; (C) Scheduling Auction and Hearing to Consider Approval of Sale; (D) Approving Procedures Related to Assumption of Certain Executory Contracts and Unexpired Leases; (E) Approving Form and Manner of Notices Thereof; and (F) Granting Related Relief* [Docket No. 17] (the "Sale Procedures Motion") seeking approval of, among other things, (i) bid procedures relating to the Sale (the "Sale Procedures"), (ii) procedures to determine cure amounts and deadlines for objections to certain contracts and leases that may be assumed and assigned (the "Contract Procedures"), and (iii) the date, time and place for a sale hearing, and for objections to the sale and related relief.

    PLEASE TAKE FURTHER NOTICE that on February 27, 2020, the Bankruptcy Court held a hearing to consider the Sale Procedures Motion and entered an order approving the same [Docket No. 227] (the "Sale Procedures Order"), which set April 7, 2020 at 11:30 am as the hearing

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: BL Restaurants Holding, LLC (6665); BL Restaurant Operations, LLC (7062); BL Restaurant Franchises, LLC (6923); and BL Hunt Valley, LLC (9513). The Debtors' headquarters and mailing address is: 4550 Beltway Drive, Addison, TX 75001.

[2] Capitalized terms not otherwise defined in this notice shall have the meanings ascribed to them in the Sale Procedures Order (as defined herein) or the Sale Motion, as applicable.

for approval of the Sale of Assets pursuant to the Sale Motion (the "Sale Hearing") and setting various dates and deadlines for filing objections with respect to the various relief requested in the Sale Motion (the "Sale Related Deadlines").

PLEASE TAKE FURTHER NOTICE that on March 27, 2020, the Debtors filed the *Notice of Cancellation of Auction and Designation of Stalking Horse Purchaser as the Purchaser in Connection with the Sale of Substantially All of the Debtors' Assets* [Docket No. 313], cancelling the Auction and indicating the intention to proceed with approval of the Sale of the Assets to the Stalking Horse Purchaser pursuant to the Stalking Horse Agreement.

PLEASE TAKE FURTHER NOTICE that on April 4, 20120, the Debtors filed the *Notice of Continued Telephonic Sale Hearing and Certain Remaining Related Dates* [Docket no. 331], which continued the Sale Hearing to April 16, 2020 at 10:30 a.m.

PLEASE TAKE FURTHER NOTICE that the Sale Hearing to consider the relief requested in the Sale Motion is continued and shall be held TELEPHONICALLY before the Honorable Mary F. Walrath, United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, courtroom no. 4, Wilmington, Delaware 19801 on **April 27, 2020 at 10:30 a.m., prevailing Eastern time**. In order to participate in the Sale Hearing, parties are required to make arrangements through CourtCall by telephone (888-882-6878) or by facsimile (866-533-2946). The Sale Hearing may be adjourned, from time to time, without further notice to creditors or parties in interest other than by announcement of the adjournment in open court or as set forth in a filing, including an agenda, on the Debtors' main bankruptcy case docket, in each case subject to applicable orders of the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that objections to the approval of the sale of the Assets to the Stalking Horse Purchaser and with respect to the Adequate Assurance Information of the Stalking Horse Purchaser must: (a) be in writing; (b) clearly specify the grounds for the objection; (c) conform to the Bankruptcy Rules and the Local Rules; and (d) be filed with the Court and served so as to be received by the following parties (collectively, the "Objection Notice Parties") by no later than **4:00 p.m. prevailing Eastern time on April 22, 2020** (the "Sale Objection Deadline"): (a) the Debtors, 4550 Beltway Drive, Addison, TX 75001, Attn: Howard Meitiner, CRO; (b) counsel to the Debtors, Klehr Harrison Harvey Branzburg LLP, 919 North Market Street, Suite 1000, Wilmington, Delaware 19801, Attn: Domenic E. Pacitti (dpacitti@klehr.com) and Michael W. Yurkewicz (myurkewicz@klehr.com); (c) counsel to the DIP Agent and the Pre-Petition Agent, Latham & Watkins LLP, 330 N. Wabash Ave, Chicago, IL 60611, Attn: James Ktsanes (James.Ktsanes@lw.com) and Jeramy D. Webb (Jeramy.Webb@lw.com) and Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, Attn: Michael R. Nestor (mnestor@ycst.com) and Andrew L. Magaziner (amagaziner@ycst.com); (d) counsel to the Committee, Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178, Attn: Jason R. Adams (jadams@kelleydrye.com) and Lauren S. Schlussel (lschlussel@kelleydrye.com); and (e) Office of The United States Trustee, 844 King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801, Attn: David Buchbinder (david.l.buchbinder@usdoj.gov). All other Sale Related Deadlines set forth in the Sale Procedures Order remain in effect.

Set forth below for convenience are the various remaining revised Sale Related Deadlines as applicable:

| | |
|---|---|
| **Stalking Horse Cure/Assignment Objection Deadline** | **March 26, 2020 at 4:00 p.m. prevailing Eastern time (original deadline remains in effect)** |
| **Stalking Horse Adequate Assurance Service Deadline** | **April 16, 2020 at 4:00 p.m. prevailing Eastern time** |
| **Sale Objection and Stalking Horse Adequate Assurance Objection Deadline** | **April 22, 2020 at 4:00 p.m. prevailing Eastern time** |
| **Sale Hearing** | **April 27, 2020 at 10:30 a. m. prevailing Eastern time** |

A copy of the Sale Motion, Sale Procedures Order, and related sale pleadings can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' noticing and claims agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/BarLouie. Further information may be obtained by calling Epiq Corporate Restructuring, LLC at: 866-977-0766 (toll-free; domestic) or 503-597-5541 (international) or emailing at BarLouie@epiqglobal.com.

Dated: April 10, 2020  
Wilmington, Delaware

*/s/ Domenic E. Pacitti*  
Domenic E. Pacitti (DE Bar No. 3989)  
Michael W. Yurkewicz (DE Bar No. 4165)  
Sally E. Veghte (DE Bar No. 4762)  
**KLEHR HARRISON HARVEY BRANZBURG LLP**  
919 North Market Street, Suite 1000  
Wilmington, Delaware 19801  
Telephone:   (302) 426-1189  
Facsimile:    (302) 426-9193  
Email:         dpacitti@klehr.com  
                   myurkewicz@klehr.com

*Counsel to the Debtors*