**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BL RESTAURANTS HOLDINGS, LLC, et. al. | ) | Case No.: 20-10156 (MFW) |
| | ) | (Chapter 11) |
| | ) | (Jointly Administered. |
| Debtor. | ) | |
| | ) | |

**WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF JBG/WOODBRIDGE RETAIL, LLC TO DEBTORS' AMENDED NOTICE OF POTENTIAL ASSUMPTION, SALE AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND SALE HEARING**

JBG/Woodbridge Retail, LLC ("Woodbridge Landlord"), by it undersigned counsel, hereby withdraws its *Limited Objection and Reservation of Rights of JBG/Woodbridge Retail, LLC To Debtors' Amended Notice of Potential Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing*, filed on April 21, 2020 (Dkt #362), as being settled and resolved.

Dated: April 26, 2020

Respectfully Submitted,

*/s/ Ron Drescher*
Ron Drescher, Esq.
Drescher & Associates, P.A.
One Commerce Center
1201 N. Orange Street, Suite 732
Wilmington, DE 19801
(410) 484-9000
rondrescher@drescherlaw.com
*Counsel for Creditor JBG/Woodbridge Retail, LLC*

Bradshaw Rost, Esq.
Tenenbaum & Saas, P.C.
4504 Walsh Street, Suite 200
Chevy Chase, Maryland 20815
(301) 961-5300 (o)
BRost@tspclaw.com
*Counsel for Creditor JBG/Woodbridge Retail, LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing *Withdrawal of Limited Objection and Reservation of Rights of JBG/Woodbridge Retail, LLC To Debtors' Amended Notice of Potential Assumption, Sale and Assignment of Certain Unexpired Leases and Executory Contracts and Sale Hearing* was sent on April 26, 2020 to the following individuals by the means indicated set forth below:

Debtors
4550 Beltway Drive,
Addison, TX 75001
Attn: Howard Meitiner, CRO
*Via Federal Express*

Klehr Harrison Harvey Branzburg LLP,
919 North Market Street, Suite 1000,
Wilmington, Delaware 19801
Domenic E. Pacitti (dpacitti@klehr.com)
Michael W. Yurkewicz (myurkewicz@klehr.com)
*Via Electronic Mail*
*Counsel for Debtor*

Latham & Watkins LLP,
330 N. Wabash Ave, Chicago, IL 60611
Attn: James Ktsanes (James.Ktsanes@lw.com)
Jeramy D. Webb (Jeramy.Webb@lw.com)
*Via Electronic Mail*
*Counsel to the DIP Agent and the Pre-Petition Agent*

Young Conaway Stargatt & Taylor, LLP,
Rodney Square,
1000 North King Street,
Wilmington, DE 19801,
Michael R. Nestor (mnestor@ycst.com)
Andrew L. Magaziner (amagaziner@ycst.com);
*Via Electronic Mail*
*Counsel to the DIP Agent and the Pre-Petition Agent*

Kelley Drye & Warren LLP
101 Park Avenue,
New York, NY 10178
Jason R. Adams (jadams@kelleydrye.com)
Lauren S. Schlussel (lschlussel@kelleydrye.com)

*Via Electronic Mail*
*Counsel to the Committee*

Office of The United States Trustee
844 King Street, Suite 2207,
Lock Box 35,
Wilmington, Delaware 19801
David Buchbinder (david.l.buchbinder@usdoj.gov).
*Via Electronic Mail*
*Trustee*

*/s/ Ron Drescher*
Ron Drescher, Esq.