## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BL RESTAURANTS HOLDING, LLC, *et al.*,[1] | Case No. 20-10156 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 827** |

**NOTICE OF THE (A) ENTRY OF ORDER CONFIRMING THE AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF BL RESTAURANTS HOLDING, LLC AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE; (B) EFFECTIVE DATE UNDER THE PLAN; (C) ADMINISTRATIVE CLAIM BAR DATE; AND (D) DEADLINE FOR PROFESSIONALS TO FILE FINAL FEE APPLICATIONS**

PLEASE TAKE NOTICE that on April 21, 2021, the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Amended Joint Chapter 11 Plan of Liquidation of BL Restaurants Holding, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (the "***Confirmation Order***"). Among other things, the Confirmation Order confirmed the *Amended Joint Chapter 11 Plan of Liquidation of BL Restaurants Holding, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*, dated March 10, 2021 [Docket No. 788] (as amended, supplemented, or modified from time to time, the "***Plan***")[2] as satisfying the requirements of the Bankruptcy Code, thereby authorizing BL Restaurants Holding, LLC and its debtor affiliates (collectively, the "***Debtors***") to implement the Plan.

PLEASE TAKE FURTHER NOTICE that on May 7, 2021, the Effective Date under the Plan occurred and the transactions contemplated by the Plan were effectuated.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order and the Plan are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801. The Confirmation Order is also available

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: BL Restaurants Holding, LLC (6665); BL Restaurant Operations, LLC (7062); BL Restaurant Franchises, LLC (6923); and BL Hunt Valley, LLC (9513). The Debtors' headquarters and mailing address is: 4550 Beltway Drive, Addison, TX 75001.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the Confirmation Order, as applicable.

on the internet site of the Debtors' notice and claims agent, Epiq Corporate Restructuring, LLC at https://dm.epiq11.com/case/barlouie/info or by accessing the Bankruptcy Court's website http://www.deb.uscourts.gov. Please note that a PACER password and login are required to access documents on the Bankruptcy Court's website.

PLEASE TAKE FURTHER NOTICE that all requests for payment of a Substantial Contribution Claim or an Administrative Claim arising, accruing or otherwise due and payable after February 29, 2020 (other than Professional Fee Claims, 503(b)(9) Claims, DIP Facility Claims, Administrative Tax Claims under sections 503(b)(1)(B) and (C) of the Bankruptcy Code, and amounts owed to the U.S. Trustee) must be filed with the Bankruptcy Court and served on counsel to the Plan Administrator no later than June 6, 2021, which is the date that is 30 days after the Effective Date.

PLEASE TAKE FURTHER NOTICE that, except as provided in the Confirmation Order and the Plan, all final requests for payment of Professional Fee Claims incurred in connection with services rendered prior to and including the Effective Date, must be filed with the Bankruptcy Court and served on counsel to the Debtors, counsel to the Plan Administrator, counsel to the Creditors' Committee, counsel to the GUC Trustee, and counsel to the U.S. Trustee no later than June 21, 2021, which is the date that is 45 days after the Effective Date.

PLEASE TAKE FURTHER NOTICE that, if an executory contract or unexpired lease is rejected pursuant to the Plan, the counterparty to such executory contract or unexpired lease must file with the Bankruptcy Court and serve on counsel to the Plan Administrator and counsel to the GUC Trustee a proof of claim no later than June 6, 2021, which is the date that is 30 days after the Effective Date.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order, the Plan and its provisions are binding on the Debtors, any Holder of a Claim or Interest, and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity.

| | |
|---|---|
| Dated: May 7, 2021<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br><br>*Counsel to the Debtors and Debtors in Possession* |

PHIL1 9483384v.1